TARA J. ELLIOTT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
tara.elliott@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

DEC 07 2017

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALOMON MEJIA PRECIADO,<br>and HELEN ACOSTA OLGUIN,<br><br>Defendants. | CR 17-32-M-DWM<br><br>INDICTMENT<br><br>CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 846 (Count I)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>DISTRIBUTION OF METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Count II)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
|---|---|

1

|  | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Count III)<br>(Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release)<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |
|---|---|

THE GRAND JURY CHARGES:

COUNT I

Beginning in approximately August 2017, and continuing until September 29, 2017, in Missoula County, in the State and District of Montana, and in the State and District of Washington, the defendants, SALOMON MEJIA PRECIADO and HELEN ACOSTA OLGUIN, knowingly and unlawfully conspired with each other, and others both known and unknown to the Grand Jury, to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

On or about September 7, 2017, at Missoula, in the State and District of Montana, the defendants, SALOMON MEJIA PRECIADO and HELEN ACOSTA OLGUIN, knowingly and unlawfully distributed 50 grams or more of actual

2

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT III

On or about September 29, 2017, in Missoula County, in the State and District of Montana, the defendants, SALOMON MEJIA PRECIADO and HELEN ACOSTA OLGUIN, knowingly and unlawfully possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.   Foreperson signature redacted. Original document filed under seal.

_/s/ for_
KURT G. ALME
United States Attorney

(for) _/s/_
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrants ✓ ✓
Bail: _____