IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 17-32-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| SALOMON MEJIA PRECIADO, | |
| Defendant. | |

The government has moved the Court to quash the writ issued in this case. Accordingly,

IT IS ORDERED that the outstanding writ is quashed.

DATED this 15th day of December, 2017.

*/s/ Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge