IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–32–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| SALOMON MEJIA PRECIADO, | |
| Defendant. | |

Defendant Salomon Preciado having filed a pro se motion for sentence reduction under Amendment 821 on December 16, 2024, (Doc. 80), and counsel having been appointed on December 17, 2024, (Docs. 81, 82),

IT IS ORDERED that counsel shall file an amended motion within twenty-one (21) days of the date of this Order. If counsel reviews the file and determines that the defendant is not eligible, notice to that effect should be filed by that same date.

DATED this 24 day of January, 2025.

Donald W. Molloy, District Judge
United States District Court