IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–32–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| SALOMON MEJIA PRECIADO, | |
| Defendant. | |

The parties have filed a joint stipulation regarding the Defendant's pending motion for sentence reduction under Amendment 821 and 18 U.S.C. § 3582(c)(2). (*See* Docs. 80, 85.) Pursuant to Amendment 821, Part A, the Defendant would not receive one of the status points previously applied under USSG § 4A1.1(d) towards his total criminal history point computation. This would adjust the Defendant's criminal history point score from 11 to 10, placing him in criminal history category V, the same as when he was originally sentenced. This would result in the same Guideline range of 210 to 262 months. Section 1B1.10(a)(2)(b) of the Guidelines specifically excludes application of Amendment 821 if it "does not have the effect

1

of lowering the defendant's applicable guideline range."

Accordingly, consistent with the parties' stipulation, the Defendant's motion for a reduction in sentence under Part A of Amendment 821 (Doc. 80) is DENIED. However, as reflected above, his criminal history score is changed from 11 to 10.

DATED this 7th day of February, 2025.

Donald W. Molloy, District Judge
United States District Court